FILED
Charlotte
Nov 26 2024
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL
12:05 pm, Nov 19 2024
WESTERN NORTH CAROLINA
CHARLOTTE

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| KENNETH ROSADO | ) Case No. 3:24-cr-229-MOC |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **KENNETH ROSADO**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Dealing in Firearms without a License

Date: 11/19/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 11-19-24, and the person was arrested on *(date)* 11-20-24
at *(city and state)* Charlotte, NC.

Date: 11/26/24

*Arresting officer's signature*

Daniel O'Rourke, ATF Special Agent
*Printed name and title*

Case: 3:24-cr-00229-MOC-DCK   Document 2   Filed 11/19/2024   Page 1 of 1
Case 3:24-cr-00229-MOC-DCK   Document 6   Filed 11/26/24   Page 1 of 1