IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA § | | |
|    PLAINTIFF § | | DOCKET NO. 3:24-CR-00229-MOC |
| § | | |
| VS. § | | MOTION TO CONTINUE DOCKET CALL |
| § | | AND EXTEND MOTION DEADLINES |
| KENNETH ROSADO § | | |
|    DEFENDANT § | | |
| § | | |

      Defendant Kenneth Rosado, by and through his counsel of record, Assistant Federal Public Defender Isaac Cordero, respectfully requests that this Court continue the docket call scheduled for May 5, 2025. Mr. Rosado also requests that the time for all pretrial motions and notice deadlines be extended. As grounds therefore, it is averred:

1. On November 19, 2024, Mr. Rosado was indicted on a Bill of Indictment alleging a violation of 18 U.S.C. § 922(a)(1)(A)

2. Mr. Rosado was recently indicted in the Eastern District of North Carolina on March 18, 2025, for a separate offense.

3. The undersigned has been unable to communicate with Mr. Rosado, due to Mr. Rosado's transport related to his new indictment.

4. Undersigned needs time to complete his review of the voluminous discovery, confer with Mr. Rosado, and confer with the Assistant United States Attorneys assigned to Mr. Rosado's cases in both the Western and Eastern District of North Carolina.

5. The undersigned has conferred with the Assistant United States' Attorney assigned to this case and the Government is unopposed to Mr. Rosado's Motion for Continuance.

WHEREFORE, defendant Kenneth Rosado respectfully requests this Court grant a continuance of the docket call and to reset all pretrial motion and notice deadlines accordingly.


Respectfully submitted on April 4, 2025,


                                                                                          */s/ Isaac Cordero*
                                                                                         Isaac A. Cordero
                                                                                         NC Bar Number 54680
                                                                                         Assistant Federal Public Defender
                                                                                         Federal Public Defender's Office 129
                                                                                         W. Trade Street, Suite 300

Charlotte, NC 28202
Phone: (704) 374-0720
Email: Isaac_Cordero@fd.org