IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA<br>PLAINTIFF | § § § | DOCKET NO. 3:24-CR-00229-MOC |
| VS. | § § § | CONSENT TO TRANSFER CASE FOR PLEA AND<br>SENTENCE PURSUANT TO FED. R. CRIM. P. 20 |
| KENNETH ROSADO<br>DEFENDANT | § § § | |

I, Kenneth Rosado, Defendant, am aware that an Indictment is pending against me in the above referenced cause. I wish to plead guilty to the offense charged, consent to the disposition of the case in the Eastern District of North Carolina in which I, Kenneth Rosado, am held, and waive my right to a trial in the Western District of North Carolina.

Respectfully submitted,

December 9, 2025

_____
Defendant's Signature

_____
Isaac A. Cordero, Attorney for Mr. Rosado

_____
Assistant United States Attorney
Western District of North Carolina

_____
United States Attorney for the
Eastern District of North Carolina

_____
United State Attorney for the
Western District of North Carolina